MANUFACTURED ICE AND COLD STORAGE CO.

*v.*

STATE OF ILLINOIS.

*Opinion filed March 8, 1923.*

CONTRACT—*when State liable.* The State is liable for supplies furnished for use of Illinois State Normal University.

Edward J. Brundage, Attorney General, for State.

This is a claim for $96.00, on account of ice sold and delivered by the claimant to the State, from December, 1920, to June, 1921, for the use of the Illinois State Normal University at Normal, Illinois.

The Attorney General in behalf of the defendant, comes and consents to an award of $96.00 without interest.

We, therefore, award the claimant the sum of $96.00 without interest.